# EXHIBIT 7

**BEFORE ANY COMPETENT COURT AND EVERY AUTHORITY**

**EXTRAJUDICIAL DECLARATION-NOTIFICATION-SUMMONS**

Of the banking company under the name PIRAEUS BANK S.A., a limited liability banking company duly established in accordance with the laws of the Hellenic Republic, which is headquartered in Athens (Americas Street No. 4), duly registered in the registry of limited liability companies under number 157660660000 (TAX ID 996763330 (KEF.O.D.E. of Attica), and is duly represented,

**TO**

1. The company with the name "PROSPERSHIP LTD" which is officially registered, according to its articles of association, in the Republic of Liberia, 80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented,
2. The company with the name "PINKSHIP LTD." officially registered, according to its articles of association, in the Republic of Liberia, 80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented,
3. The company with the name "GREENSHIP LTD." which is officially registered, according to its articles of association, in the Republic of Liberia (80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented,
4. The company with the name "REDSHIP LTD." which is officially registered, according to its articles of association, in the Republic of Liberia (80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented,

**NOTIFICATION ALSO TO**

5. The company with the name "N.&P. SHIPPING CO." which is officially registered, according to its articles of association, in the Republic of Liberia (80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented,
6. The company with the name "VEGA MARINE LTD." which is officially registered, according to its articles of association, in the Republic of Liberia (80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece, duly represented.
7. The company with the name "KYLA SHIPPING & TRADING CORP." which is officially registered, according to its articles of association, in the Republic of Liberia (80 Broad Street, Montserrado Liberia, City of Monrovia) but actually located at Syggrou Avenue No. 348, 17674, Kallithea Attica, Greece where it has established an office in accordance with Laws 89/67, 378/68, 27/75, and 814/79 (as amended and in force today), duly represented (TAX ID: 996998710).
8. NIKOLAOS LIVANOS son of Evangelos, resident of Reas Dionysou Attica Greece, Chloridon Street No. 32, and Agiou Louka 18536, (TAX ID: 075187456)

---

**As you are well aware:**

a) By virtue of the Fixed-Term Loan Agreement of June 11, 2010 (hereinafter the "Loan Agreement" as amended and supplemented and currently in force), a loan was granted to the 1st, 2nd, 3rd and 4th of you in the total amount of up to US Dollars one hundred forty-nine million six hundred thousand (US$149,600,000.00) (the "Loan") in two Tranches, Tranche A and Tranche B (as defined in the Loan Agreement) and with the corporate guarantee of the 5th of you dated 11/06/2010, of the 6th of you dated 22/01/2016 and of the 7th of you dated 27/07/2018, **and**

the personal guarantee of the 8th of you dated 11/06/2010, (hereinafter jointly the "Guarantee Agreements" as amended and supplemented and currently in force) to whom this notification is provided, as guarantors – co-obligors of the above claims.

(Unless otherwise defined herein, words and expressions defined in the Loan Agreement shall have the same meaning when used herein)

The Loan bore interest with an annual interest rate calculated daily and determined as follows:

1.  On the outstanding balance of Tranche A varying as the sum of: a) the Reference Rate (as defined in the Loan Agreement) for the agreed Interest Period according to sections 4.2 and 4.3 of the Loan Agreement and b) the applicable Margin (as defined in the Loan Agreement), namely: (i) a rate of 2% per annum for the period from May 4, 2017 to March 30, 2020 inclusive and (ii) a rate of 2.5% per annum for the period from March 31, 2020 and for all time thereafter and c) the applicable Credit Adjustment Index (as defined in the Loan Agreement) and

2.  On the outstanding balance of Tranche B: (a) for the period from May 4, 2017 to March 30, 2020 inclusive fixed at 0.50% per annum (b) for the period from March 31, 2020 to July 30, 2020 (inclusive) fixed at 1% per annum and (c) for the period from July 31, 2020 and for all time thereafter (i) if the ratio of the Collateral Value (based on the most recent Valuation) to the total Loan (i.e., the total outstanding principal amount of both Tranches as per the Loan Agreement) is equal to or less than 100%, varying as the sum of the Reference Rate for the agreed Interest Period according to sections 4.2 and 4.3 of the Loan Agreement and a rate of two and 0.50 percentage points (2.50%) per annum and (ii) if the ratio of the Collateral Value (based on the most recent Valuation) to the total Loan is greater than 100%, at a fixed rate of 1.0% per annum.

Within the framework of the above Loan Agreement and at the time of its maturity, the following were maintained:

1.  Loan account number 0010-2104-00000000951 for Tranche A and 2) Loan account number 0010-2104-00000001192 for Tranche B.

For the performance of the terms of the above Loan Agreement and its amendments and for the entire outstanding balance of the Loan, principal, interest and costs, all of you from the 5th to the 8th herein have guaranteed unconditionally, jointly and severally, and as co-obligors, waiving any objection against us and in particular the benefit of division, by virtue of the above Guarantee Agreements.

**The contractual term of the Loan Agreement expired on March 31, 2026.**

Since you have not complied with the terms of the above Loan Agreement, and on March 31, 2026, the maturity date of the Loan Agreement, you had not paid the Lump Sum Payment of Tranche A of US$43,699,999.99 and the Lump Sum Payment of Tranche B of US$44,988,349.99 (as defined in the Loan Agreement), we closed on July 15, 2026 the above accounts, which showed on that date:

1.  Loan account number 0010-2104-00000000951 of Tranche A with a debit balance of US$44,824,306.22 (= US$43,699,999.99 amount of unpaid overdue and demanded principal of the Lump Sum Payment of Tranche A + US$1,089,326.02 amount of default interest + US$34,821.48 amount of overdue and demanded as of Invoice AST 2500-06.07.2026 + US$158.73 amount of overdue and demanded as of Invoice AST 2499 06.07.2026). This amount was transferred on the same day (15.7.2026) to account number 5304119599641 for permanent default, and

2.  Loan account number 0010-2104-00000001192 of Tranche B with a debit balance of US$45,385,747.08 (= US$44,988,349.99 amount of unpaid overdue and demanded principal of the Lump Sum Payment of Tranche B + US$397,397.09 amount of default

interest). This amount was transferred on the same day (15.07.2026) to account number 5304119596855 for permanent default.

**The above amounts are owed to us with interest at the respective agreed default interest rate for each of the demands listed immediately above under 1 and 2, from July 16, 2026 until full payment and with semi-annual capitalization of interest.**

**FOR THESE REASONS**

**WE SUMMON YOU**

To avoid further consequences from the delay, to pay us immediately and each of you in full in accordance with the above Loan Agreement and its amendments: a) the amount of US Dollars forty-four million eight hundred twenty-four thousand three hundred six and twenty-two cents **(US$44,824,306.22)** for Tranche A and b) the amount of US Dollars forty-five million three hundred eighty-five thousand seven hundred forty-seven and eight cents (US$45,385,747.08) for Tranche B, with interest at the respective agreed default interest rate for each of our above demands, from July 16, 2026 until full payment, and with interest capitalized semi-annually in accordance with the agreement and the law, plus costs and until full settlement; otherwise we regret to inform you that we are proceeding with immediate judicial measures for the forced collection of the said claims against you and any other person legally bound by contract, with all related consequences, as well as charging you with court and other costs.

**With reservation of all our rights, a competent judicial officer is instructed to legally serve this notice to:**

- The company with the name "KYLA SHIPPING & TRADING CORP.", which according to its articles is registered in the Republic of Liberia, 80 Broad Street, Montserrado Liberia, City of Monrovia, but actually located at Syggrou Avenue 348, Kallithea Attica where it has established an office in accordance with Law 89/67, as amended, and is duly represented, with TAX ID 996998710, both for its own account and as representative of the Liberian companies (1) PROSPERSHIP LTD, (2) PINKSHIP LTD., (3) GREENSHIP LTD., (4) REDSHIP LTD., (5) N.&P. SHIPPING CO. and (6) "VEGA MARINE LTD."
- NIKOLAOS LIVANOS son of Evangelos, resident of Reas Dionysou Attica Greece, Chloridon Street No. 32, and Agiou Louka 18536, (TAX ID: 075187456) and
- FOTINI NIKOLAKEA, attorney at law, resident of Athens, Derigni Street, No. 22, as contractually designated representative of the above 1st and 2nd herein, for their knowledge and for the legal consequences, after first copying this entire notice in the service report.

Athens, July 17, 2026
The authorized attorney
Aikaterini Ieromonachou
[stamp]

---

This is a legal notice from Piraeus Bank demanding payment of approximately US$90.2 million from Prospership and related shipping entities for a loan that matured on March 31, 2026. The bank is threatening legal action if payment is not made immediately.

CERTIFIED TRANSLATION IN ENGLISH
OF THE ATTACHED DOCUMENT IN GREEK
PIRAEUS, 17 JULY 2026
THE TRANSLATING ATTORNEY AT LAW

[stamp: ZOI M. GERANI ATTORNEY-AT-LAW Lawyers Bar of Piraeus Greece (Reg. No. 4723) 138, Kolokotroni street, 185 36 - Piraeus, Greece Tel.: +30 210 4284 458 E-mail: zgerani@bairactaris.com]

**ΕΝΩΠΙΟΝ ΠΑΝΤΟΣ ΑΡΜΟΔΙΟΥ ΔΙΚΑΣΤΗΡΙΟΥ ΚΑΙ ΠΑΣΗΣ ΑΡΧΗΣ**

**ΕΞΩΔΙΚΗ ΔΗΛΩΣΗ-ΓΝΩΣΤΟΠΟΙΗΣΗ-ΠΡΟΣΚΛΗΣΗ**

Της τραπεζικής εταιρείας υπό την επωνυμία ΤΡΑΠΕΖΑ ΠΕΙΡΑΙΩΣ Α.Ε., μίας ανώνυμης τραπεζικής εταιρείας συσταθείσης νομίμως συμφώνως προς τους νόμους της Ελληνικής Δημοκρατίας, η οποία εδρεύει στην Αθήνα (οδός Αμερικής αρ. 4) νομίμως καταχωρημένης στο μητρώο ανωνύμων εταιρειών υπ' αριθμ. 157660660000 (ΑΦΜ 996763330 (ΚΕ.ΦΟ.Δ.Ε. Αττικής), και εκπροσωπείται νόμιμα,

**ΠΡΟΣ**

**1.** Την εταιρεία με την επωνυμία "PROSPERSHIP LTD" που εδρεύει τυπικά μεν, σύμφωνα με το καταστατικό της, στη Δημοκρατία της Λιβερίας, 80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα νομίμως εκπροσωπούμενη,

**2.** Την εταιρεία με την επωνυμία "PINKSHIP LTD." εδρεύει τυπικά μεν, σύμφωνα με το καταστατικό της, στη Δημοκρατία της Λιβερίας, 80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα νομίμως εκπροσωπούμενη,

**3.** Την εταιρεία με την επωνυμία "GREENSHIP LTD." που εδρεύει τυπικά μεν σύμφωνα με το καταστατικό της, στη Δημοκρατία της Λιβερίας, (80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα νομίμως εκπροσωπούμενη,

**4.** Την εταιρεία με την επωνυμία "REDSHIP LTD." που εδρεύει τυπικά μεν σύμφωνα με το καταστατικό της στη Δημοκρατία της Λιβερίας, (80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα, νομίμως εκπροσωπούμενη,

**ΚΟΙΝΟΠΟΙΟΥΜΕΝΗ ΠΡΟΣ**

**5.** Την εταιρεία με την επωνυμία "N.&P. SHIPPING CO." που εδρεύει τυπικά μεν σύμφωνα με το καταστατικό της, στη Δημοκρατία της Λιβερίας (80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα, νομίμως εκπροσωπούμενη,

**6.** Την εταιρεία με την επωνυμία "VEGA MARINE LTD." που εδρεύει τυπικά μεν σύμφωνα με το καταστατικό της, στη Δημοκρατία της Λιβερίας (80 Broad Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα, νομίμως εκπροσωπούμενη.

**7.** Την εταιρεία με την επωνυμία "KYLA SHIPPING & TRADING CORP." που εδρεύει τυπικά μεν σύμφωνα με το καταστατικό της στη Δημοκρατία της Λιβερίας, (80 Broad

Street, Montserrado Λιβερίας, City of Monrovia) πραγματικά όμως επί της Λεωφ. Συγγρού αριθμ. 348, 17674, Καλλιθέα Αττικής, Ελλάδα όπου έχει εγκαταστήσει και γραφείο σύμφωνα με τις διατάξεις των Ν. 89/67, 378/68, 27/75, και 814/79 (ως αυτοί έχουν τροποποιηθεί και ισχύουν σήμερα), νομίμως εκπροσωπούμενη (ΑΦΜ:996998710).

8.Τον ΝΙΚΟΛΑΟ ΛΙΒΑΝΟ του Ευαγγέλου, κατοίκου Ρέας Διονύσου Αττικής Ελλάδα, οδός Χλωρίδων αριθμ. 32, και Αγίου Λουκά 18536, (ΑΦΜ: 075187456)

*************************

Όπως πολύ καλά γνωρίζετε:

α) Δυνάμει της από 11 Ιουνίου 2010 Σύμβασης Δανείου Τακτής Λήξης (εφεξής η «Σύμβαση Δανείου» ως αυτή έχει συμπληρωθεί/τροποποιηθεί και ισχύει σήμερα,) χορηγήθηκε στις α', β', γ' και δ' εξ υμών δάνειο (αρχικώς) συνολικού ποσού έως Δολαρίων ΗΠΑ εκατό σαράντα εννέα εκατομμυρίων εξακοσίων χιλιάδων (US$149.600.000,00) (το «Δάνειο») σε δύο Χορηγήσεις, Α' και Β', (ως οι όροι αυτοί ορίζονται στη Σύμβαση Δανείου) και με την εταιρική εγγύηση της ε' εξ υμών ημερομηνίας 11/06/2010, της στ' εξ υμών ημερομηνίας 22/01/2016 και της ζ' εξ υμών ημερομηνίας 27/07/2018, και την προσωπική εγγύηση του η' εξ υμών ημερομηνίας 11/06/2010, (εφεξής από κοινού οι «Συμβάσεις Εγγύησης» ως αυτές έχουν συμπληρωθεί/τροποποιηθεί και ισχύουν σήμερα) στους οποίους κοινοποιείται η παρούσα, ως εγγυητές – αυτοφειλέτες των παραπάνω απαιτήσεων.

(Εκτός αν ορίζεται διαφορετικά στην παρούσα, λέξεις κι εκφράσεις που ορίζονται στη Σύμβαση Δανείου θα έχουν την ίδια έννοια όταν χρησιμοποιούνται στην παρούσα )

Το Δάνειο ήταν έντοκο με ετήσιο επιτόκιο το οποίο υπολογιζόταν τοκαριθμικά και προσδιοριζόταν ως εξής:

1) Επί του εκάστοτε ανεξόφλητου υπολοίπου της Χορήγησης Α κυμαινόμενο ως το άθροισμα α) του Επιτοκίου Αναφοράς (ως αυτός ο όρος ορίζεται στη Σύμβαση Δανείου) για τη συμφωνούμενη κάθε φορά Περίοδο Εκτοκισμού κατά τους όρους 4.2 και 4. 3 της Σύμβασης Δανείου και β) του εκάστοτε εφαρμοζόμενου Περιθωρίου (ως ο όρος αυτός ορίζεται στη Σύμβαση Δανείου) ήτοι (ι) ποσοστού 2% ετησίως για το χρονικό διάστημα από 4 Μαΐου 2017 και μέχρι την 30η Μαρτίου 2020 συμπεριλαμβανομένη και (ιι) ποσοστού 2,5% ετησίως για το χρονικό διάστημα από 31η Μαρτίου 2020 και κατά πάντα χρόνο εφεξής και γ) του εφαρμοστέου Δείκτη Πιστωτικής Προσαρμογής (ως ο όρος αυτός ορίζεται στη Σύμβαση Δανείου) και

2) Επί του εκάστοτε ανεξόφλητου  υπολοίπου της Χορήγησης Β (α) για το χρονικό διάστημα από 4 Μαΐου 2017 και μέχρι την 30η Μαρτίου 2020 συμπεριλαμβανομένη σταθερό σε 0,50% ετησίως  (β) για το χρονικό διάστημα από 31η Μαρτίου 2020  και μέχρι την 30η Ιουλίου 2020 (συμπεριλαμβανομένη) σταθερό σε 1% ετησίως και (γ) για το χρονικό διάστημα από 31 Ιουλίου 2020 και κατά πάντα χρόνο εφεξής (ι) εάν μεν ο λόγος της Αξίας Ασφαλείας (με βάση την πλέον πρόσφατη Αποτίμηση) προς το σύνολο του Δανείου (ήτοι του εκάστοτε οφειλόμενου στην Τράπεζα συνολικού ποσού κεφαλαίου αμφοτέρων των Χορηγήσεων κατά τους όρους της Σύμβασης Δανείου) είναι ίσος με ή μικρότερος του 100%, κυμαινόμενο ως το άθροισμα του Επιτοκίου Αναφοράς για την συμφωνούμενη κάθε φορά Περίοδο Εκτοκισμού κατά τα οριζόμενα στους όρους 4.2 και 4.3 της Σύμβασης Δανείου και ποσοστού δυο και 0,50 εκατοστιαίων μονάδων (2,50%) ετησίως και (ιι) εάν ο λόγος της Αξίας Ασφαλείας (με βάση την πλέον πρόσφατη Αποτίμηση) προς το σύνολο του Δανείου είναι μεγαλύτερος του 100%, σε σταθερό ποσοστό 1,0% ετησίως.

Στο πλαίσιο της παραπάνω Σύμβασης Δανείου και κατά τον χρόνο λήξης αυτής τηρούνταν:
 1) Ο υπ' αριθμ.  0010-2104-00000000951 δανειακός λογαριασμός της Χορήγησης Α κι 2) Ο υπ' αριθμ. 0010-2104-00000001192 δανειακός λογαριασμός της Χορήγησης Β.

Για την τήρηση των όρων της ως άνω Σύμβασης Δανείου και, των τροποποιητικών πράξεων αυτής και για ολόκληρο το εκάστοτε οφειλόμενο υπόλοιπο του Δανείου, κατά κεφάλαιο, τόκους και έξοδα, εγγυηθήκατε άπαντες οι πέμπτη έως και όγδοος από εσάς ανεπιφύλακτα, αλληλεγγύως, εις ολόκληρον και ως αυτοφειλέτες, παραιτούμενοι κάθε ενστάσεως εναντίον μας και ιδίως του ευεργετήματος της διζήσεως, δυνάμει των ως άνω Συμβάσεων Εγγυήσεως.

Επειδή η συμβατική διάρκεια της Σύμβασης Δανείου  έληξε στις 31.3.2026.

Επειδή δεν τηρήσατε τους όρους της παραπάνω Σύμβασης Δανείου, και στις 31.3.2026, ημερομηνία λήξης την Σύμβασης Δανείου, δεν είχατε καταβάλει την Εφάπαξ Καταβολή της Χορήγησης Α ποσού 43.699.999,99 Δολλ. ΗΠΑ και την Εφάπαξ Καταβολή της Χορήγησης Β ποσού 44.988.349,99 Δολλ. ΗΠΑ (ως οι όροι αυτοί ορίζονται στη Σύμβαση Δανείου), κλείσαμε στις 15.7.2026 τους ανωτέρω λογαριασμούς, οι οποίοι εμφάνιζαν κατά την ημερομηνία αυτή:

1) Ο υπ' αριθμ. 0010-2104-00000000951 δανειακός λογαριασμός της Χορήγησης Α χρεωστικό υπόλοιπο ποσού 44.824.306,22 Δολλ. ΗΠΑ (= 43.699.999,99 Δολλ. ΗΠΑ ποσό μη καταβληθέντος ληξιπρόθεσμου κι απαιτητού κεφαλαίου της Εφάπαξ Καταβολής της Χορήγησης Α + 1.089.326,02 Δολλ. ΗΠΑ ποσό τόκων υπερημερίας+ 34.821,48 Δολλ. ΗΠΑ ποσό του ληξιπρόθεσμου κι απαιτητού κατά την έκδοση του Τιμολογίου AST 2500-06.07.2026+ 158,73 Δολλ. ΗΠΑ ποσό του ληξιπρόθεσμου κι απαιτητού κατά την έκδοση του Τιμολογίου AST 2499 06.07.2026). Το ποσό αυτό μεταφέρθηκε αυθημερόν (15.7.2026) στον υπ' αριθμ. 5304119599641 λογαριασμό οριστικής καθυστέρησης, και

2) ο υπ' αριθμ. 0010-2104-00000001192 δανειακός λογαριασμός της Χορήγησης Β χρεωστικό υπόλοιπο ποσού 45.385.747,08 Δολλ. ΗΠΑ (= 44.988.349,99 Δολλ. ΗΠΑ ποσό μη καταβληθέντος ληξιπρόθεσμου κι απαιτητού κεφαλαίου της Εφάπαξ Καταβολής της Χορήγησης Β + 397.397,09 Δολλ. ΗΠΑ ποσό τόκων υπερημερίας). Το ποσό αυτό μεταφέρθηκε αυθημερόν (15.07.2026) στον υπ' αριθμ. 5304119596855 λογαριασμό οριστικής καθυστέρησης.

Τα οποία ως άνω ποσά μας οφείλετε εντόκως με το αντίστοιχο συμφωνηθέν για έκαστη των αμέσως ανωτέρω υπό 1 και 2 απαιτήσεων μας επιτόκιο υπερημερίας, από την 16/7/2026 μέχρις εξοφλήσεως και με εξάμηνο ανατοκισμό των τόκων.

### ΓΙΑ ΤΟΥΣ ΛΟΓΟΥΣ ΑΥΤΟΥΣ
### ΣΑΣ ΚΑΛΟΥΜΕ

Προς αποφυγή των περαιτέρω συνεπειών από την καθυστέρηση να μας εξοφλήσετε αμέσως και έκαστος εις ολόκληρον σύμφωνα με την παραπάνω Σύμβαση Δανείου και τις τροποποιητικές πράξεις αυτής α) το ποσό των Δολλ. ΗΠΑ σαράντα τεσσάρων εκατομμυρίων οκτακοσίων είκοσι τεσσάρων χιλιάδων τριακοσίων έξι και είκοσι δύο λεπτών (US$ 44.824.306,22), για τη Χορήγηση Α και β) το ποσό των Δολλ. ΗΠΑ σαράντα πέντε εκατομμυρίων τριακοσίων ογδόντα πέντε χιλιάδων επτακοσίων σαράντα επτά και οκτώ λεπτών (US$45.385.747,08), για τη Χορήγηση Β, εντόκως με το αντίστοιχο συμφωνηθέν για εκάστη των ανωτέρω απαιτήσεων μας επιτόκιο υπερημερίας, από την 16/07/2026 μέχρις εξοφλήσεως, και ανατοκιζομένων ανά εξάμηνο σύμφωνα με τη σύμβαση και το νόμο, πλέον εξόδων και μέχρι την ολοσχερή εξόφληση, διαφορετικά είμαστε στη δυσάρεστη θέση να σας γνωρίσουμε ότι προχωρούμε στην άμεση λήψη δικαστικών μέτρων για την αναγκαστική είσπραξη των εν λόγω απαιτήσεων μας καθ' υμών και τυχόν άλλου συμβατικά υπόχρεων

νομικών και φυσικών προσώπων, με όλες τις σχετικές συνέπειες, καθώς και την επιβάρυνσή σας με δικαστικά και άλλα έξοδα.

Με την επιφύλαξη παντός δικαιώματός μας, αρμόδιος δικαστικός επιμελητής παραγγέλλεται να επιδώσει νομίμως την παρούσα προς:

1) Την εταιρεία με την επωνυμία "KYLA SHIPPING & TRADING CORP.", η οποία εδρεύει κατά το καταστατικό της στη Δημοκρατία της Λιβερίας, 80 Broad Street, Montserrado Λιβερίας, City of Monrovia, πράγματι δε στην διεύθυνση Λεωφόρος Συγγρού 348, Καλλιθέα Αττικής όπου έχει εγκαταστήσει γραφείο σύμφωνα με τον νόμο 89/67, ως τροποποιηθείς ισχύει, όπως νόμιμα εκπροσωπείται, με ΑΦΜ 996998710 δια λογαριασμό της καθώς και ως εκπρόσωπος των εταιρειών της Δημοκρατίας της Λιβερίας (1) PROSPERSHIP LTD, (2) PINKSHIP LTD., (3) GREENSHIP LTD., (4) REDSHIP LTD., (5) N.&P. SHIPPING CO. και (6) "VEGA MARINE LTD."

2) Τον ΝΙΚΟΛΑΟ ΛΙΒΑΝΟ του Ευαγγέλου, κατοίκου Ρέας Διονύσου Αττικής Ελλάδα, οδός Χλωρίδων αριθμ. 32, και Αγίου Λουκά 18536, (ΑΦΜ: 075187456) και

3) Την ΦΩΤΕΙΝΗ ΝΙΚΟΛΑΚΕΑ, δικηγόρο, κάτοικο Αθήνας, οδός Δεριγνύ, αριθμός 22, ως συμβατικά ορισθείσα αντίκλητο των ως άνω υπό 1 και 2, προς γνώση τους και για τις νόμιμες συνέπειες, αφού προηγουμένως την αντιγράψει ολόκληρη στην περί επιδόσεως έκθεσή του.

Αθήνα 17 Ιουλίου 2026

Η πληρεξούσια δικηγόρος

ΑΙΚΑΤΕΡΙΝΗ ΙΕΡΟΜΟΝΑΧΟΥ
ΔΙΚΗΓΟΡΟΣ, LLM - Α.Μ. Δ.Σ.Π. 2758
ΑΡΙΣΤΕΙΔΟΥ 69, 176 71
ΚΑΛΛΙΘΕΑ, ΑΤΤΙΚΗ, ΕΛΛΑΔΑ
Τηλ.: +30210 95.95.195 - Κινητο: +306936 92.32.45
Τηλ. Πειραια: +30 210 42.84.608
E-mail: kieromonachou@bairactaris.com
Α.Φ.Μ. 101204789 - Α΄ Δ.Ο.Υ. ΚΑΛΛΙΘΕΑΣ