**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| | * | |
| | * | |
| **PIRAEUS BANK S.A.,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIV. ACT. NO.: 1:26-cv-298-TFM-N** |
| | * | |
| **v.** | * | **In Admiralty** |
| | * | |
| ***M/V OMIROS L* (IMO# 9597393), her** | * | |
| **engines, tackle, apparel, etc., *in rem*,** | * | |
| | * | |
| **DEFENDANT.** | * | |
| | * | |
| | * | |

**MOTION REQUESTING PUBLICATION OF ARREST**

**COMES NOW**, Plaintiff Piraeus Bank S.A. ("Piraeus Bank"), by and through undersigned counsel, and moves this Court for authorization to provide notice by publication pursuant to Rule C(4) and Civil L.R. 102(b) in the manner set forth below, and in support thereof, states as follows:

1.      On July 28, 2026, Piraeus Bank commenced this action pursuant to 28 U.S.C. § 1333, the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§31301-31343 ("CIMLA") and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure to enforce a maritime lien in a civil action *in rem* against the vessel *M/V OMIROS L* (IMO# 9597393) (the "Vessel"). This Court granted Piraeus Bank's Motion for Arrest (*see* Order for Issuance of Warrant of Arrest *In Rem* dated July 28, 2026 (Dkt. # 11), and In Rem Warrant of Maritime Arrest dated July 29, 2026 (Dkt. # 13)), and the Vessel was subsequently arrested and is currently in the possession of the substitute custodian.

2.      The Vessel was arrested by the U.S. Marshal on July 30, 2026, and as of the date of this motion thirteen (13) days have elapsed since the execution of process against the Vessel without the Vessel being released from the Warrant of Arrest.

3.      Piraeus Bank moves that the Court enter an Order for Publication of Action and Arrest to be issued by the U.S. Marshal and that public notice of the action and arrest be given by said Marshal once a week for three (3) consecutive weeks, said notice to begin not later than twenty-one (21) days following seizure, in the *Lagniappe Daily*, a newspaper of general circulation in this district recommended to counsel by the US Marshals, so that all persons who may have or claim any interest in or right against said Vessel may appear in the U.S. District Court for the Southern District of Alabama to file his/her/its answer and show cause, if any, why final decree should not issue as prayed in this case. A proposed order and a proposed notice are filed herewith.

Date: August 12, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

 *s/ Jemison C. Jones*
Jemison C. Jones
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5720
jc.jones@hklaw.com

Michael J. Frevola
787 7th Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 513-3516
michael.frevola@hklaw.com

*Attorneys for Plaintiff Piraeus Bank SA*

2