**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
_____Southern_____ **DIVISION**

Piraeus Bank S.A.
_____,

     Plaintiff,

v.

M/V OMIROS L (IMO# 9597393) ,

     Defendant.

Case No.

1:26-cv-298-TFM-N

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, Piraeus Bank S.A. _____, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

   Piraeus Bank has no corporate parent. No publicly-traded company owns 10% or more of Piraeus Bank's stock.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must

list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).]
This action is not based on diversity under 28 U.S.C. § 1332(a).

3.  To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:
See Exhibit A.

☑   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

August 12, 2026
_____
Date

Jemison C. Jones   Digitally signed by Jemison C. Jones
Date: 2026.08.12 14:52:35 -05'00'
_____
Counsel Signature

Piraeus Bank S.A.
_____
Counsel for (print party names)

1901 6th Ave N #1400
Birmingham, AL 35203
_____
Address, City, State, Zip Code

2

# EXHIBIT

# A

This Exhibit A to Piraeus Bank S.A.'s disclosure statement identifies all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

**Piraeus Bank S.A. Subsidiaries**

Piraeus Leasing S.M. S.A.

Piraeus Property Real Estate Management S.M. S.A.

Piraeus Securities S.A.

Piraeus Factoring S.M. S.A.

Piraeus Capital Management S.M. S.A.

Piraeus Jeremie Technology Catalyst Management S.M. S.A.

Piraeus Asset Management S.M. M.F.M.C. S.A.

Geniki Information S.M. S.A.

ND Development S.M. S.A.

New Up Dating Development Real Estate and Tourism S.M. S.A.

Picar S.M. S.A.

P.H. Development

General Construction and Development Co. S.A.

Entropia Ktimatiki S.A.

Piraeus Development S.M. S.A.

Piraeus Real Estate S.M. S.A.

Pleiades Estate S.M. S.A.

Piraeus Agency Solutions S.M. S.A.

Mille Fin S.A.

Multicollection S.A.

Centre of Sustainable Entrepreneurship Excelixi S.M. S.A.

PROSPECT M.C.P.Y.

Ianos Properties S.M. S.A.

Lykourgos Properties S.M. S.A.

Trastor Real Estate Investment Company

Iolcus Investments Alternative Investments Funds Managers S.A.

Snappi Bank S.A.

MIG Holdings S.A.

Athenian Investments Holdings S.A.

Sirrus S.M. S.A.

Sevthis S.M. S.A.

Iovis S.M. S.A.

Trastor Symmetochon S.M. S.A.

Lyseis Psifiakopoiisis Epicheirisiakon Diadikasion S.A. (ODS S.A.)

Salerko Anaptyxi kai Ekmetallefsi Akiniton S.M. S.A.

The Ethniki, Hellenic General Insurance Company S.A. (Ethniki Insurance)

ELYZE S.A.

ELYZE Mesites S.A.

Militos Ktimatiki S.M.S.A.

Woli Operations S.M. P.C.

Piraeus Investment Holdings S.M. S.A.

Cielo Consultancy Sh.P.K.

Euroinvestment & Finance Public Ltd

R.E. Anodus Two Ltd

Tellurion Ltd

Tellurion Two Ltd

Trieris Two Real Estate LTD

R.E. Anodus Ltd

Lakkos Mikelli Real Estate Ltd

Philoktimatiki Public Ltd

MIG Aviation Holdings Ltd

Passerat Company Ltd

Excelsior Hotel Enterprises Limited

JSC Piraeus Bank ICB

Akinita Ukraine LLC

Sinitem LLC

Solum Enterprise LLC

Solum Limited Liability Company

Piraeus Leasing Romania S.A.

Daphne Real Estate Consultancy SRL

Proiect Season Residence SRL

R.E. Anodus SRL

Piraeus Rent Doo Beograd

JSC Robne Kuce Beograd ("RKB")

Piraeus Real Estate Egypt LLC

Ethniki Holdings S.àr.l.

Piraeus Group Capital Ltd

Piraeus Group Finance PLC

Prime Receivables DAC

Piraeus SNF DAC

**Piraeus Bank S.A. Associates**

Piraeus - TANEO Capital Fund

PJ Tech Catalyst Fund

APE Commercial Property Real Estate Tourist and Development S.A.

Omicron Cyclos Ena Symmetohiki S.A.

APE Investment Property S.A.

Olganos Real Estate S.A.

Pyrrichos S.A.

Exodus S.A.

Evros Development Company S.A.

Gaia S.A.

Crete Scient. & Tech. Park Manag. & Dev. Co. S.A.

Intrum Hellas REO Solutions S.A.

Intrum Hellas Credit Servicing S.A.

Tiresias S.A.

Piraeus Direct Services S.A.

Perigenis Business Properties S.A.

Abies S.A.

ETVA Industrial Parks S.A.

Cashflex Leitourgia kai Diacheirisi Diktyon ATM S.A. (ex KEA ATM)

Vesta Asset Partners S.A.

FarmClick powered by Piraeus and Wikifarmer S.A.

Trieris Real Estate Ltd

Strix Holdings LP

Strix Asset Management Ltd

Strix Holdings II LP

Apis Growth Fund III (Mars) Limited

Wikifarmer Group Ltd

**Piraeus Bank S.A. Joint Ventures**

AEP Elaiona S.A.

Peirga Kythnou P.C.

ReoCo Solar S.A.