**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PIRAEUS BANK S.A,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:26-cv-298-TFM-N** |
| | ) | |
| ***M/V OMIROS L* (IMO# 9597393), her engines, rigging, tackle, appurtenances, and apparel, *in rem*,** | ) | **In Admiralty** |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE AND VACATUR</u>**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Piraeus Bank S.A. and Claimant Redship, Ltd. (registered owner of the defendant vessel *M/V OMIROS L*) to move the Court to dismiss this matter without prejudice, with each party to bear its own costs and attorneys' fees because the parties have reached a confidential amicable settlement of the matter.

The parties further jointly move the Court to vacate the Court's Order of Arrest of the vessel *M/V OMIROS L* (Doc. 11) and the Arrest Warrant (Doc. 13) for the same reason.

Accordingly, the parties jointly move the Court to enter the attach proposed order vacating the arrest of the vessel and dismissing this matter without prejudice.

Respectfully submitted,

By: *s/ Jaime W. Betbeze*

Jaime W. Betbeze
MAYNARD NEXSEN PC
11 North Water Street
RSA Battle House Tower, Suite 24290
Mobile, Alabama 36602
Telephone: (251) 300-6292
E-mail: jbetbeze@maynardnexsen.com

*Counsel for Redship, Ltd.*
*Owner of the M/V OMIROS L*

By: *s/ Jemison C. Jones*

Jemison C. Jones
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5720
E-mail: jc.jones@hklaw.com

*Counsel for Piraeus Bank S.A.*